Christine **KELLAM**, Plaintiff–Appellant,

v.

**METROCARE SERVICES,**
Defendant–Appellee.

No. 13–10716
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 31, 2014.

Darian Lewis Howard, Sr., Law Office of Darian Howard, Dallas, TX, for Plaintiff–Appellant.

Joel Evans Geary, Kathryn Elizabeth Long, Vincent Lopez Serafino Jenevein, P.C., Dallas, TX, for Defendant–Appellee.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Christine Kellam sued her employer under the Americans with Disabilities Act and the Family Medical Leave Act. The district court granted summary judgment for the employer, explaining its reasons in

---

a thorough and convincing thirteen-page opinion.

Kellam complained that, while out on family medical leave, she was notified that she was to be terminated because of across-the-board staff reductions resulting from decreased funding. She was given the chance to apply for positions at other locations but did not take that opportunity. She received the full benefit of her medical leave before the termination.

As the district court explained, Kellam has presented no evidence that her termination was for any prohibited purpose or for any reason other than the employer-wide substantial reductions in force. The summary judgment is AFFIRMED, essentially for the reasons carefully stated by the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.